# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| EDWARD LANDRY, | ) | CASE NO. 6:18-CV-00938 |
| | ) | |
| Plaintiff, | ) | JUDGE JUNEAU |
| | ) | |
| vs. | ) | MAGISTRATE HANNA |
| | ) | |
| USAA SAVINGS BANK, | ) | **DEFENDANT USAA SAVINGS BANK'S** |
| | ) | **ANSWER TO PLAINTIFF'S** |
| Defendant. | ) | **COMPLAINT** |
| | ) | |
| | ) | **(JURY DEMAND ENDORSED HEREON)** |

## ENDORSEMENT OF LOCAL COUNSEL TO STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Defendant USAA Savings Bank ("USAA SB"), who pursuant to LR 83.2.6W and LR 5.7.08 endorses the Joint Stipulation of Dismissal (Doc. 14) filed by all parties in this matter, as witnesses by the signature below.

Respectfully submitted,

*s/Charles E. Riley, IV*
Charles E. Riley, IV, **T.A.** (La. Bar No. 28200)
Simon, Peragine, Smith & Redfearn LLP
1100 Poydras Street, Suite 3000
New Orleans, Louisiana 70163
(504) 569-2030
Fax (504) 569-2999
criley@spsr-law.com

*Attorneys for Defendant USAA Savings Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2019 a copy of the foregoing was filed electronically. using the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

<i>s/ Charles E. Riley, IV</i> _____